UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                CASE NO. 04 B 33544
   EILEEN HUGHES
                                      CHAPTER 13

                                      JUDGE: JOHN H SQUIRES
           Debtor
   SSN XXX-XX-3882
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 10/29/04 and confirmed on 01/14/05.

   2. The plan is paid in full.

   3. The Debtor paid a total of $   7377.00 .

   4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENCE FINANCIAL | UNSECURED | 14758.48 | .00 | 5181.77 |
| ROUNDUP FUNDING LLC | UNSECURED | 674.37 | .00 | 236.77 |

       Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 15432.85 | .00 | 15432.85 |
| PRINCIPAL PAID | .00 | .00 | 5418.54 | .00 | 5418.54 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 5418.54 | .00 | 5418.54 |

The Debtor's attorney, RICHARD S BASS                   , was allowed $   1800.00 and was paid $   300.00  direct and $   1500.00  through the plan.

The Trustee received $    281.46 .

Refunds to the Debtor totaled $    177.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/10/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                              PAGE   2
CASE NO. 04 B 33544 EILEEN HUGHES
```